IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RONALD M. TRIMP,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARTIN J. O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | CV 23-79-H-KLD<br><br>ORDER |

On April 18, 2024, Defendant filed a Stipulated Motion to Remand this matter to the agency for further administrative proceedings. (Doc. 13). Accordingly,

IT IS ORDERED that the above-captioned case be reversed and remanded to the agency, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will direct the administrative law judge to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.

Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

The Clerk shall enter judgment for Plaintiff.

DATED this 22nd day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge