UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RONALD M. TRIMP,<br><br>           Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>           Defendant. | Case No. CV-23-079-H-KLD<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the above-captioned case be reversed and remanded to the agency, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

      Dated this 22nd day of April, 2024.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Annie Puhrmann
                                       Annie Puhrmann, Deputy Clerk