IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RONALD M. TRIMP,<br><br>               Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | CV 23-79-H-KLD<br><br>ORDER |

      Plaintiff Ronald M. Trimp, by and through his attorney, Eric Rasmusson, moves under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), for attorney fees and costs incurred in prosecuting his Social Security appeal. (Doc. 16). Plaintiff requests $5,327.40 in fees and $402.00 in filing costs. Plaintiff's motion is unopposed. Accordingly,

      **IT IS ORDERED** that Plaintiff's Application for Award of EAJA Fees and Costs is GRANTED. Plaintiff shall recover from the Commissioner $5,327.40 in fees, as well as $402.00 in filing costs.

      **IT IS FURTHER ORDERED** that if the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is

subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 5th day of August, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge